747 A.2d 282

AINE GLAVEY, PLAINTIFF–PETITIONER, v. RICHARD VANDERGAAG, DEFENDANT–RESPONDENT.

February 17, 2000.

Petition for certification is granted, and the matter is summarily remanded to the trial court for the entry of a modified judgment that is consistent with the foregoing findings of the Court. Jurisdiction is not retained.

747 A.2d 282

GINA BOWSER, ETC., PLAINTIFF–PETITIONER, v. NEW BRUNSWICK HOUSING AUTHORITY, ET AL., DEFENDANTS–RESPONDENTS.

February 23, 2000.

Petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, to determine whether the facts alleged in the psychologist's report submitted in support of plaintiff's motion for reconsideration constitute "extraordinary circumstances."

Jurisdiction is not retained.